IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                  )   2:07-cv-01525-GEB-KJM
        Plaintiff, )
                  )
     v.           )   ORDER CONTINUING STATUS
                  )   (PRETRIAL SCHEDULING)
S & B, LLC, a California Limited )   CONFERENCE
Liability Company; MAJOR SINGH )
BAINS; HARJEET SINGH SANGHERA, )
                  )
        Defendants. )
_____)

The status (pretrial scheduling) conference scheduled in this case for December 10, 2007, is continued to March 31, 2008 at 9:00 a.m., since Plaintiff filed a Motion for Default Judgment against all Defendants on December 6, 2007.  Plaintiff shall file a status report no later than fourteen days prior to the March 31 scheduling conference, in which Plaintiff is only required to explain the status of the default issue.

        IT IS SO ORDERED.
Dated:  December 7, 2007

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1