IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>      v.<br><br>S & B, LLC, a California Limited Liability Company; MAJOR SINGH BAINS; HARJEET SINGH SANGHERA,<br><br>           Defendants. | 2:07-cv-01525-GEB-KJM<br><br>ORDER TO SHOW CAUSE;<br>FED. R. CIV. P.<br> 4(M) NOTICE |

        Plaintiff is ordered to show cause no later than March 17, 2008, why Defendant Major Singh Bains should not be dismissed without prejudice pursuant to Rule 4(m) since Defendant Major Singh Bains has not been served within the 120-day period prescribed by Federal Rule of Civil Procedure 4(m).

        IT IS SO ORDERED.

Dated:  March 3, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge