IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                2:07-cv-1525-GEB-KJM

    vs.

S & B, LLC, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 19, 2007, are adopted in full; and

2. Plaintiff's motion for entry of default judgment is granted, and that:

    a. Judgment is awarded jointly and severally against defendant S & B LLC and Harjeet Singh Sanghera for damages, in the amount of $24,000 and

    b. Injunctive relief is granted requiring a van accessible disabled parking space and an accessible path of travel from the access aisle of that van accessible parking space to the main entry of the restaurant, known as the "Sizzler Steak & Seafood" located at 201 West Court Street, Woodland, California, in conformity with the Americans with Disabilities Act Accessibility Guidelines (ADAAG) as set forth in 28 Code of Federal Regulations, Part 36.

Dated: March 6, 2008

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge